IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL LEROY ELLIOTT,<br>    Plaintiff,<br><br>   vs.<br><br>THOMAS F. GEHRET, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 20-6331<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this 25th day of January 2022, Defendants the Defender Association of Philadelphia and Assistant Defender Eric Zuckerman having filed the Motion to Dismiss on April 18, 2021 (Doc. Nos. 15, 16); the Pennsylvania Board of Probation and Parole and the Commonwealth of Pennsylvania ("Commonwealth Defendants") having filed the Motion to Dismiss on April 21, 2021 (Doc. No. 18); Judge Gwendolyn N. Bright, Judge Thomas F. Gehret, and Judge David C. Shuter ("Judicial Defendants") having filed the Motion to Dismiss on April 28, 2021 (Doc. No. 25); Jeremy Alva having filed the Motion to Dismiss on April 30, 2021 (Doc. No. 28); former Assistant District Attorneys Sian Schafle and Susan E. Affronti having filed the Motion to Dismiss on May 5, 2021 (Doc. No. 33); and the City of Philadelphia and Mayor Jim Kenney having filed the Motion to Dismiss on May 7, 2021 (Doc. No. 34),

Plaintiff Nathaniel Leroy Elliott having filed self-styled motions to dismiss, construed as initial responses (Doc. Nos. 20, 22, 30, 31, 35, 36), and Defendants the Defender Association of Philadelphia and Assistant Defender Eric Zuckerman having responded on May 13, 2021 (Doc. No. 37), AND Plaintiff having filed further responses to Defendants' motions to dismiss on June 3, 2021 (Doc. Nos. 40, 41),

1

IT IS HEREBY ORDERED that, for the reasons set forth in the memorandum opinion filed herewith, the Defendants' motions to dismiss are GRANTED and this matter is DISMISSED WITH PREJUDICE in its entirety.

<u>s/ Alan N. Bloch</u><br>
United States District Judge

ecf:    Counsel of record

cc:     Nathaniel Leroy Elliott
        315 S. Broad Street
        Unit #0529
        Philadelphia, PA 19107